# United States Court of Appeals
### For The District of Columbia Circuit

**No. 21-7140**  **September Term, 2021**

**1:18-cv-01391-RBW**

**Filed On: February 11, 2022**

In re: Jane Doe 2, et al.,

      Petitioners

    **BEFORE:**    Wilkins, Rao, and Jackson, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus and the supplements thereto, it is

**ORDERED**, on the court's own motion, that George Washington University and Kyle Renner enter appearances and file a joint response to the petition, not to exceed 7,800 words, within 30 days of the date of this order.  See Fed. R. App. P. 21(b); D.C. Cir. Rule 21(a), (b).  Petitioners may file a reply, not to exceed 3,900 words, within 14 days after the filing of the joint response.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**