# United States Court of Appeals
### For The District of Columbia Circuit

**No. 21-7140**  **September Term, 2021**

**1:18-cv-01391-RBW**

**Filed On:** May 25, 2022

In re: Jane Doe 2, et al.,

      Petitioners

    **BEFORE:**    Millett, Katsas, and Rao, Circuit Judges

### O R D E R

    Upon consideration of the petition for writ of mandamus and the supplements thereto, the opposition to the petition, the supplemental appendix, and the reply, it is

    **ORDERED** that the petition for a writ of mandamus be denied. Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. See In re Kellogg Brown & Root, Inc., 756 F.3d 754, 760–63 (D.C. Cir. 2014).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### **Per Curiam**