UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01391 (RBW) |
| | ) |
| THE GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**JOINT NOTICE IN RESPONSE TO SEALED ORDER (DKT. No. 120)**

Plaintiffs Jane Doe 1 to 5, and Defendants the George Washington University and Kyle Renner, submit this joint notice pursuant to the Court's Order docketed on May 18, 2022. (Dkt. No. 120.) In the Order, the Court ordered the parties to propose redactions to the Court's Memorandum Opinion (Dkt. No. 119) and Order which they deem necessary.

The parties conferred, and none propose any redactions.

Dated: May 27, 2022                                                Respectfully submitted,

*/s/ Brendan J. Klaproth*                                          */s/ Daniel I. Prywes*
Brendan J. Klaproth (D.C. Bar No. 999360)           Daniel I. Prywes (D.C. Bar No. 342394)
Jesse C. Klaproth (D.C. Bar No. PA0063)             Michelle E. Litteken (D.C. Bar No. 993659)
KLAPROTH LAW PLLC                                         MORRIS, MANNING & MARTIN, LLP
2141 Wisconsin Ave NW, Suite M3                       1401 Eye Street, NW, Suite 600
Washington, DC 20007                                         Washington, D.C. 20005
Phone: (202) 618-2344                                         Phone:   (202) 971-4182
Fax: (20) 618-4636                                               Fax: (202) 408-5146
bklaproth@klaprothlaw.com                                 dprywes@mmmlaw.com
jklaproth@klaprothlaw.com                                  mlitteken@mmmlaw.com

*Counsel for Plaintiffs*                                           *Counsel for Defendants*