UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) Case No. 1:18-cv-01391 (RBW) |
| | ) |
| THE GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiffs Jane Doe 1 to 5, and Defendants the George Washington University and Kyle Renner, submit this joint motion in response to the Court's June 2, 2022 Minute Order, which ordered the parties to appear for a telephonic status conference at 9:30 a.m. on June 10, 2022. Counsel for Defendants is unavailable on June 10, 2022, and the parties move the Court to reschedule the status conference. Counsel for Plaintiffs and Defendants are available on June 15, June 17, and June 21, 2022. Additional dates could also be provided if none of these are convenient to the Court.

Dated:  June 2, 2022                                                         Respectfully submitted,

| | |
|---|---|
| */s/ Brendan J. Klaproth* | */s/ Daniel I. Prywes* |
| Brendan J. Klaproth (D.C. Bar No. 999360) | Daniel I. Prywes (D.C. Bar No. 342394) |
| Jesse C. Klaproth (D.C. Bar No. PA0063) | Michelle E. Litteken (D.C. Bar No. 993659) |
| KLAPROTH LAW PLLC | MORRIS, MANNING & MARTIN, LLP |
| 2141 Wisconsin Ave NW, Suite M3 | 1401 Eye Street, NW, Suite 600 |
| Washington, DC 20007 | Washington, D.C. 20005 |
| Phone:  (202) 618-2344 | Phone:    (202) 971-4182 |
| Fax:  (20) 618-4636 | Fax: (202) 408-5146 |
| bklaproth@klaprothlaw.com | dprywes@mmmlaw.com |
| jklaproth@klaprothlaw.com | mlitteken@mmmlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |