UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-1391 (RBW) |
| ) | |
| THE GEORGE WASHINGTON ) | |
| UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status conference held on June 17, 2022, via teleconference, it is hereby

**ORDERED** that, in light of the District of Columbia Circuit's May 25, 2022 Order, ECF No. 121, denying the plaintiffs' petition for a writ of mandamus, the Court's August 17, 2020 and November 19, 2021 Orders, ECF Nos. 61 & 114, directing that "the defendants shall not review any e-mails in their possession that were sent between Jane Does 2 through 5 and their attorneys, pending further order of the Court," are **VACATED**. It is further

**ORDERED** that the defendants may review the e-mails sent between Jane Does 2 through 5 and their attorneys that were the subject of the Court's August 17, 2020, and November 19, 2021 Memorandum Opinions, ECF Nos. 60 & 112. It is further

**ORDERED** that, on or before July 5, 2022, the defendants shall notify the Court as to whether they believe additional discovery is required regarding the e-mails sent between Jane Does 2 through 5 and their attorneys. It is further

2

**ORDERED** that (1) on or before August 5, 2022, the defendants shall file their motion for summary judgment; (2) on or before September 19, 2022, the plaintiffs shall file their opposition to the defendants' motion; and (3) on or before October 21, 2022, the defendants shall file their reply in support of their motion.  It is further

**ORDERED** that (1) the defendants' motion for summary judgment shall not exceed 80 pages; (2) the plaintiffs' opposition to the defendants' motion shall not exceed 80 pages; and (3) the defendants' reply in support of their motion shall not exceed 35 pages.  It is further

**ORDERED** that, on October 26, 2022, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 17th day of June, 2021.

REGGIE B. WALTON<br>United States District Judge