UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE 1, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-1391 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on November 10, 2022, via teleconference, it is hereby

**ORDERED** that this matter be referred to Magistrate Judge Harvey for mediation. It is further

**ORDERED** that the defendants' Motion for Summary Judgment, ECF No. 130, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the defendants' Motion for Summary Judgment, ECF No. 134, is **DENIED WITHOUT PREJUDICE**.[1] It is further

**ORDERED** that, on February 24, 2023, at 9:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

---

[1] The defendants' Motions for Summary Judgment, ECF Nos. 130 and 134, will be reinstated if mediation efforts prove unsuccessful.

**SO ORDERED** this 10th day of November, 2022.

                                                  REGGIE B. WALTON
                                                  United States District Judge