UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, *et al.*,<br><br>　　Plaintiffs.<br><br>　　v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, *et al.*<br><br>　　Defendants. | Civil Action No. 18-cv-1391 (RBW) |

## Joint Stipulation of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein by the parties, with each party to bear its own attorney's fees and costs.

Date: March 6, 2023

Respectfully submitted,

*/s/ Brendan Klaproth*

Brendan Klaproth (D.C. Bar No. 999360)
Jesse C. Klaproth (Bar No. PA0063)
Klaproth Law PLLC
2300 Wisconsin Ave, N.W.
Suite 100A
Washington, D.C. 20007
Phone: (202) 618-2344
bklproth@klaprothlaw.com
jklaproth@klaprothlaw.com

*Counsel for Plaintiffs*

/s/ *signature*
Daniel I. Prywes (D.C. Bar No. 342394)
Rebecca K. Connolly (D.C. Bar No. 1742372)
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
Phone: (202) 971-4182
Fax:    (202) 408-5146
dprywes@mmmlaw.com
rconnolly@mmmlaw.com

*Counsel for Defendants*